1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    CONNELL L. RHODEN,                    No. CIV S-05-2177-DFL-CMK-P

12              Plaintiff,

13        vs.                              <u>ORDER</u>

14    CALIFORNIA TOWING,

15              Defendant.

16    _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil action.  Plaintiff's

18    motion for leave to proceed in forma pauperis, submitted with his complaint, did not contain

19    either a declaration from the prison trust account officer or a <u>certified</u> copy of plaintiff's prison

20    trust account statement.[1]  On November 3, 2005, the court issued an order directing plaintiff to

21    submit either a completed application to proceed in forma pauperis or the appropriate filing fee.

22            On November 21, 2005, plaintiff submitted another in forma pauperis application.

23    This application contains the required declaration, but does not contain any trust account

24    statement, certified or otherwise.  Pursuant to 28 U.S.C. § 1915(a)(2), any prisoner seeking leave

25    _____

26    [1]       Plaintiff attached an <u>uncertified</u> trust account statement to his initial in forma
      pauperis application.

to proceed in forma pauperis ". . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the fling of the complaint . . ." Until plaintiff either pays the statutory filing fee or submits an application to proceed in forma pauperis which satisfies this requirement, this action cannot proceed any further.  In the interest of justice, plaintiff will be provided with one final opportunity to prosecute this action.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  Plaintiff is also cautioned that submission of an incomplete in forma pauperis application may also result in dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff shall submit, within 30 days from the date of this order, the full filing fees for this action or a completed application for leave to proceed in forma pauperis on the form provided by the Clerk of Court;

2.      Any application for leave to proceed in forma pauperis submitted to the court must be accompanied by a certified copy of plaintiff's prison/jail trust account statement; and

3.      The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.


DATED:   December 4, 2005.


_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2