IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNELL L. RHODEN, | No. CIV S-05-2177-DFL-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA TOWING, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

      On April 20, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

      Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(d),

service of documents at the record address of the party is fully effective.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed April 20, 2006, are adopted in full;

    2. This action is dismissed; and

    3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: 8/3/2006

_____
DAVID F. LEVI
United States District Judge